STATE v. THRIFT

No. 23P86.

Case below: 78 N.C. App. 199.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986. Motion by the State to dismiss appeal for lack of substantial question allowed 6 May 1986.

STATE ex rel. UTILITIES COMM. v. MACKIE

No. 108A86.

Case below: 79 N.C. App. 19.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1986. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as basis for dissenting opinion allowed 6 May 1986.

TROUGHT v. RICHARDSON

No. 116P86.

Case below: 78 N.C. App. 758.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

TURLINGTON v. McLEOD

No. 135P86.

Case below: 79 N.C. App. 299.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.